# United States District Court
### for
### District of Arizona

☒ FILED   ☐ LODGED

# Nov 17 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U. S. A. vs. Kimberly Kay Nelson
Docket No. 2:22-cr-01323-SMB-2
AUSA: Patrick Edward Chapman
Defense Attorney: Kaitlin Sofia Verdura

5:22-mj-00793

T-SEALED

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MARTHA LEON**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Kimberly Kay Nelson</u>, who was released by the Honorable Michael T. Morrissey sitting in the Court at Phoenix, on the 28th day of October, 2022, who imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) **Not commit any federal, state or local crime.**

   On November 1, 2022, the defendant admitted consuming methamphetamine on or about October 30, 2022.

2) **The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

   On November 9, 2022, the defendant submitted a presumptive positive urinalysis for amphetamine and methamphetamine. The defendant denied consuming the drug and the specimen was sent to Alere Toxicology Services, Inc. for Gas Chromatography-Mass Spectrometry (GC-MS) / Liquid Chromatography-Mass Spectrometry (LC-MS) confirmation. On November 16, 2022, Pretrial Services received the drug test report from Alere Toxicology Services, Inc. confirming GC-MS / LC-MS positive results for amphetamine and methamphetamine.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

cc: PTS

Page 2
RE: Kimberly Kay Nelson
November 16, 2022


_Martha Leon_                                      November 16, 2022
Martha Leon                                        Date
U.S. Pretrial Services Officer
Intensive Supervision Specialist

Reviewed by

_Mel Hernandez_                                    November 16, 2022
Melesio Hernandez                                  Date
Supervisory U.S. Pretrial Services Officer


## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 17th day of November, 2022, and ordered filed and made a part of the records in the above case.


The Honorable ~~MICHAEL T. MORRISSEY~~
U.S. Magistrate Judge   JOHN BOYLE